IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Demetria Latrice Ervin,               ) | C/A No.  0:15-917-JFA-PJG |
|                                       ) | |
|                 Plaintiff,            ) | |
|                                       ) | |
| v.                                    ) | **ORDER** |
|                                       ) | |
| Ebenezer Senior Services, LLC,        ) | |
|                                       ) | |
|                 Defendant.            ) | |
| _____ ) | |

    The plaintiff, Demetria Latrice Ervine, a self-represented litigant, filed this civil action in February 2015.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).  On October 13, 2015, the court issued a Scheduling Order in this matter that established a dispositive motions deadline of March 10, 2016.  (ECF No. 56.)  As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case.  The parties are directed to inform the court in writing of the status of this case on or before **June 17, 2016** and advise the court as to whether the case is ready for trial.

    **IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 10, 2016
Columbia, South Carolina